IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| MENDOOR LAMONT SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. C06-2048-LRR<br>No. CR04-2003-LRR<br><br>ORDER |

This matter comes before the court on Mendoor Lamont Smith's Motion for Relief from Judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure (docket no. 30). Mendoor Lamont Smith ("the movant") filed such motion on March 30, 2007. This is the second time that the movant has relied on Rule 60(b) of the Federal Rules of Civil Procedure to attack the court's prior order regarding his motion pursuant to 28 U.S.C. § 2255. Like his prior motion, the instant motion is without merit. Accordingly, the movant's Motion for Relief from Judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure (docket no. 30) is denied.

    **IT IS SO ORDERED**.

    **DATED** this 21st day of May, 2007.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA